EVE H. WAGNER (State Bar No. 126471)
ANTHONY D. SBARDELLATI (State Bar No. 246431)
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California 90067
Tel: (310) 712-8100
Fax: (310) 712-8108
E-Mail: ewagner@swattys.com
asbardellati@swattys.com

BRUCE P. KELLER*
DAVID H. BERNSTEIN*
RAYNA S. LOPYAN*
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6696
Fax: (212) 521-7696
E-Mail: bpkeller@debevoise.com
dhbernstein@debevoise.com
rslopyan@debevoise.com

Attorneys for PRADA USA CORP.
*admitted pro hac vice

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBE P. HOFFMAN COMPANY, INC., a California corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>PRADA USA Corp., a New York corporation; and DOES 1-10 inclusive,<br><br>       Defendants. | CASE NO. 2:2014-cv-02941-CBM-VBK<br><br>[Hon. Consuelo B. Marshall]<br><br>**ECF Case**<br><br>ORDER RE: SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE [JS-6] |

| | |
|---|---|
| PRADA USA Corp., a New York corporation, | ) ) ) |
| Counterclaim-Plaintiff, | ) ) |
| v. | ) ) |
| RUBE P. HOFFMAN COMPANY, INC., a California corporation, | ) ) ) |
| Counterclaim-Defendant. | ) ) ) ) |

The Court, having considered the Stipulation and Order of Dismissal ("Stipulation"), executed and filed by Plaintiff/Counterclaim-Defendant Rube P. Hoffman Company ("Hoffman") and Defendant/Counterclaim-Plaintiff Prada USA Corporation ("Prada"), and finding GOOD CAUSE therefor, hereby approves the terms of the resolution of this litigation stated in the Stipulation. Therefore, this case is dismissed with prejudice, Hoffman shall take all necessary steps to cancel United States Copyright Registration No. VA 1-890-847 and shall pay to Prada the sum of Fifteen Thousand Dollars ($15,000.00) (the "Payment"), and each party shall bear its own fees and costs other than the Payment

Upon the Court's endorsement below, the Clerk of Court is directed to close the case. **IT IS SO ORDERED.**

DATED: August 7, 2014

_____
Hon. Consuelo B. Marshall
United States District Judge

1
ORDER OF DISMISSAL