1 | EVE H. WAGNER (State Bar No. 126471)
2 | ANTHONY D. SBARDELLATI (State Bar No. 246431)
  | SAUER & WAGNER LLP
3 | 1801 Century Park East, Suite 1150
4 | Los Angeles, California 90067
  | Tel: (310) 712-8100
5 | Fax: (310) 712-8108
6 | E-Mail: ewagner@swattys.com
  | asbardellati@swattys.com
7 |
8 | BRUCE P. KELLER*
  | DAVID H. BERNSTEIN*
9 | RAYNA S. LOPYAN*
  | DEBEVOISE & PLIMPTON LLP
10| 919 Third Avenue
  | New York, New York 10022
11| Tel: (212) 909-6696
  | Fax: (212) 521-7696
12| E-Mail: bpkeller@debevoise.com
  | dhbernstein@debevoise.com
13| rslopyan@debevoise.com
14| Attorneys for PRADA USA CORP.
15| *admitted pro hac vice

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBE P. HOFFMAN COMPANY, INC., a California corporation, | CASE NO. 2:2014-cv-02941-CBM-VBK |
| Plaintiff, | [Hon. Consuelo B. Marshall] |
| v. | **ECF Case** |
| PRADA USA Corp., a New York corporation; and DOES 1-10 inclusive, | ORDER RE: SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE [JS-6] |
| Defendants. | |

ORDER ON STIPULATION FOR DISMISSAL

| | |
|---|---|
| PRADA USA Corp., a New York corporation, | ) ) ) |
| Counterclaim-Plaintiff, | ) ) |
| v. | ) ) |
| RUBE P. HOFFMAN COMPANY, INC., a California corporation, | ) ) ) |
| Counterclaim-Defendant. | ) ) ) ) |

The Court, having considered the Stipulation and Order of Dismissal ("Stipulation"), executed and filed by Plaintiff/Counterclaim-Defendant Rube P. Hoffman Company ("Hoffman") and Defendant/Counterclaim-Plaintiff Prada USA Corporation ("Prada"), and finding GOOD CAUSE therefor, hereby approves the terms of the resolution of this litigation stated in the Stipulation. Therefore, this case is dismissed with prejudice, Hoffman shall take all necessary steps to cancel United States Copyright Registration No. VA 1-890-847 and shall pay to Prada the sum of Fifteen Thousand Dollars ($15,000.00) (the "Payment"), and each party shall bear its own fees and costs other than the Payment

Upon the Court's endorsement below, the Clerk of Court is directed to close the case. **IT IS SO ORDERED.**

DATED: August 7, 2014

Hon. Consuelo B. Marshall
United States District Judge

1
ORDER OF DISMISSAL